UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNELL AVERY DENHAM,<br><br>                      Petitioner,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>                      Respondent. | Case No. C17-1539-JLR<br><br>ORDER DISMISSING FEDERAL HABEAS ACTION |

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1)     The Report and Recommendation is approved and adopted;

(2)     Petitioner's federal habeas petition (Dkt. 1) is DENIED and this action is DISMISSED; and

(3)     The Clerk is directed to send copies of this Order to petitioner and to the Honorable Mary Alice Theiler.

DATED this 8th day of December, 2017.

JAMES L. ROBART
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS ACTION - 1